# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-540
Lower Tribunal No. 20-5330
_____

**Cecille Lamoutte,**
Appellant,

vs.

**Agueybana Ruiz Paneque,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria Espinosa Dennis, Judge.

AV Professional Association, and Alba Varela, for appellant.

Law Offices of Diane M. Trainor, and Diane M. Trainor and Devon M. Quijano, for appellee.

Before FERNANDEZ, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>DeStefanis v. Tan</u>, 231 So. 3d 537, 539 (Fla. 3d DCA 2017) ("An order denying a motion to dismiss based on forum non conveniens is reviewed for an abuse of discretion."); <u>Eggers v. Eggers</u>, 776 So. 2d 1096, 1098 (Fla. 5th DCA 2001) ("Under the *forum non conveniens* statute, a plaintiff's forum selection is presumptively correct and the burden is on the defendant to show either substantial inconvenience or that undue expense requires change for the convenience of the parties or witnesses. This court has instructed that when a *forum non conveniens* challenge is raised, it is incumbent upon the parties to submit affidavits or other evidence that will shed necessary light on the issue of the convenience of the parties and witnesses and the interest of justice.") (citations omitted).